**SPECIALIZED BICYCLE COMPONENTS, INC.,**
Appellant

v.

**K.G. MOTORS, INC., Appellee.**

No. 2015–1412.

United States Court of Appeals, Federal Circuit.

Feb. 4, 2016.

Jonathan H. Margolies, Michael Best & Friedrich, LLP, Milwaukee, WI, argued for appellant. Also represented by Katherine W. Schill; Kevin Moran, Waukesha, WI.

James Murphy Dowd, Wilmer Cutler Pickering Hale and Dorr LLP, Los Angeles, CA, argued for appellee. Also represented by Robert Anthony Arcamona, Washington, DC.

O'MALLEY, REYNA, and CHEN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**